Jewell D. ROWLAND, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commis-
sioner of Social Security, De-
fendant–Appellee.

No. 05–60404

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 4, 2006.

Jewell D. Rowland, Bolton, MS, pro se.

Felicia Collete Adams, U.S. Attorney's
Office Southern District of Mississippi,
Jackson, MS, Joseph Edward Dunn, Social
Security Administration, Boston, MA, for
Defendant–Appellee.

Before DAVIS, BARKSDALE and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Jewell D. Rowland appeals the district
court's decision affirming the denial of his
application for a period of disability and
disability insurance benefits under the So-
cial Security Act. He asserts that he was
not afforded due process under the law
and that documentation he submitted in
support of his claims was not fully consid-
ered.

Rowland, however, does not brief his
claims on appeal nor does he address the

district court's determination that the ad-
ministrative law judge's decision was sup-
ported by substantial evidence. Although
this court liberally construes pro se briefs,
see Haines v. Kerner, 404 U.S. 519, 520, 92
S.Ct. 594, 30 L.Ed.2d 652 (1972), even pro
se litigants must brief arguments in order
to preserve them. Yohey v. Collins, 985
F.2d 222, 224–25 (5th Cir.1993). Because
Rowland fails to brief any of his claims on
appeal, they are deemed abandoned. Yo-
hey, 985 F.2d at 224–25. Accordingly, the
district court's judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.